RECEIVED
MAR 15 2024
CLERK, U.S. DISTRICT COURT
DULUTH, MINNESOTA

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Mary Swenson Plaintiff(s),

vs. (Scott - Duren)

John Kuehni
Susan Kuehni
Cathi Ivanscheck
Kendall Swenson
Kimberly Dotseth

Defendant(s).

Case No. 24-cv-954 JRT/LIB
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL

YES ☒   NO ☐

(Enter the full name(s) of ALL defendants in this lawsuit. Please attach additional sheets if necessary).

## COMPLAINT

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

   a. Plaintiff

   Name: Mary Swenson
   Street Address: 3810 Cadden Way
   County, City: San Diego
   State & Zip Code: CA 92117
   Telephone Number: 619-348-1238
   619-323-7579

SCANNED
MAR 15 2024
U.S. DISTRICT COURT DULUTH

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

   a. Defendant No. 1

      Name: John Kuehni et al
      Street Address: 3286 Mt Carol Dr
      County, City: San Diego
      State & Zip Code: CA 92117

   b. Defendant No. 2

      Name: Kendall Swenson
      Street Address: 2847 180th Ave NE
      County, City: Ham Lake
      State & Zip Code: MN 55304

   c. Defendant No. 3

      Name: Kim Dotseth / Blend Realty
      Street Address: 7770 Regents Road #113-275
      County, City: San Diego, CA
      State & Zip Code: 92122

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**
**Check here if additional sheets of paper are attached:** ☒
**Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g. Additional Defendants 2.d., 2.e., etc.)**

JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3. What is the basis for federal court jurisdiction? *(check all that apply)*

   [X] Federal Question       [ ] Diversity of Citizenship

4. If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue? List all that apply.

5. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party? Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

   Plaintiff Name:                State of Citizenship:

   Defendant No. 1:               State of Citizenship:

   Defendant No. 2:               State of Citizenship:

   **Attach additional sheets of paper as necessary and label this information as paragraph 5.**
   **Check here if additional sheets of paper are attached.** [ ]

6. What is the basis for venue in the District of Minnesota? *(check all that apply)*

   [ ] Defendant(s) reside in Minnesota   [X] Facts alleged below primarily occurred in Minnesota

   [X] Other: explain

   CA birth, MN Adoption + Trust Conversion Divorce

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim. The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed. Each paragraph must be numbered

3

separately, beginning with number 7. Please write each single set of circumstances in a separately numbered paragraph.

7.

*See attached*

**Attach additional sheets of paper as necessary.**
**Check here if additional sheets of paper are attached:** ☒
**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

4

Signed this 15th day of March 2024

Signature of Plaintiff  Mary Swenson (Scott-Duren)

Mailing Address
3810 Cadden Way
San Diego, CA 92117

Telephone Number
619-348-1238
619-323-7579

Note:  All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number.  Attach additional sheets of paper as necessary.

C/o Safe Haven
please mail to:
Mary Swenson
414 W. 1st St
Duluth, MN
55802